# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DAVID ARIAS & JENNIFER ARIAS  Case Number: 07-72151
236 1/2 N. CROSS   SSN-xxx-xx-0667 & xxx-xx-0231
SYCAMORE, IL  60178

Case filed on: 9/7/2007
Plan Confirmed on: 1/18/2008

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,438.46    Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | BRIAN A HART | 3,500.00 | 3,500.00 | 303.03 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 303.03 | 0.00 |
| 003 | INTERNAL REVENUE SERVICE | 405.00 | 405.00 | 0.00 | 0.00 |
|  | Total Priority | 405.00 | 405.00 | 0.00 | 0.00 |
| 999 | DAVID ARIAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | SANTANDER CONSUMER USA | 10,672.90 | 10,672.90 | 43.05 | 1,791.82 |
| 002 | STATE FARM BANK | 7,300.00 | 7,300.00 | 773.61 | 291.15 |
|  | Total Secured | 17,972.90 | 17,972.90 | 816.66 | 2,082.97 |
| 001 | SANTANDER CONSUMER USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | STATE FARM BANK | 884.46 | 884.46 | 0.00 | 0.00 |
| 004 | ART VAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ASPIRE | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CAPITAL ONE | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | PORTFOLIO RECOVERY ASSOCIATES | 782.98 | 782.98 | 0.00 | 0.00 |
| 009 | PREMIER BANKCARD/CHARTER | 307.12 | 307.12 | 0.00 | 0.00 |
| 010 | ECAST SETTLEMENT CORPORATION | 1,310.36 | 1,310.36 | 0.00 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 2,434.40 | 2,434.40 | 0.00 | 0.00 |
| 012 | CREDITORS BANKRUPTCY SERVICE | 368.51 | 368.51 | 0.00 | 0.00 |
| 013 | MERVYNS | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | MICHIGAN INST. OF UROLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | ECAST SETTLEMENT CORPORATION | 818.04 | 818.04 | 0.00 | 0.00 |
| 016 | SALLIE MAE INC/UNITED STUDENT AID FUNDS | 20,621.04 | 20,621.04 | 0.00 | 0.00 |
| 017 | UNICORN FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | WALMART | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 27,526.91 | 27,526.91 | 0.00 | 0.00 |
|  | Grand Total: | 49,404.81 | 49,404.81 | 1,119.69 | 2,082.97 |

Total Paid Claimant:    $3,202.66
Trustee Allowance:      $235.80
Percent Paid Unsecured:    0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

  /s/ Lydia S. Meyer
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 12/30/2008        By  /s/Heather M. Fagan